NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE JONATHAN R. ADAMS AND ROBERT W. ADAMS

---

### 2014-1160

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/330,090.

---

## JUDGMENT

---

ROBERT W. ADAMS, Nixon & Vanderhye P.C., of Arlington, Virginia, argued for appellants. With him on the brief was MICHAEL E. CRAWFORD.

WILLIAM LAMARCA, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 15, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |